AO 199A  (Rev. 11/08) Order Setting Conditions of Release                                                Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America )<br>v. )<br>**NANCY ANN STEELE** )<br> )<br>*Defendant* ) | Case No.   1:11-cr-00115 LJO |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate any federal, state or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4)   The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*   United States District Court, 2500 Tulare Street,
_____
*Place*

Fresno, California  93721          on          4/8/2011 9:00 a.m.
_____
*Date and Time*

before U.S. District Judge Lawrence J. O'Neill (7th Floor, Courtroom #4).  Prior to your hearing check-in at the U.S. Marshals Office on the 3rd Floor for fingerprinting and photo processing.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ )  (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(    )  (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## (Defendant is ordered to appear.)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

KEENAN, Nancy Ann
Dkt. No. 11-115 LJO

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )     (6)     The defendant is placed in the custody of:

        Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
**CUSTODIAN OR PROXY**

(X)     (7)     The defendant shall:

(X)     (a)     report any and all income to Pretrial Services, and provide proof thereof to the PSO, upon request.

(X)     (b)     not dispose or liquidate any property with the value of more than $1,000, without prior approval of the Court.

(X)     (c)     abide by the following restrictions on his personal associations, place of abode, or travel:
Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District of CA., unless otherwise approved in advance by PSO.

( )     (d)     avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: unless in the presence of counsel or otherwise approved in advance by the PSO.

(X)     (e)     report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations.

( )     (f)     comply with the following curfew:

( )     (g)     refrain from possessing a firearm, destructive device, or other dangerous weapon.

(X)     (h)     refrain from ANY use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used.

(X)     (i)     undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, and pay for costs as approved by the PSO.

( )     (j)     executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

( )     (k)     post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

( )     (l)     execute a bail bond with solvent sureties in the amount of $

( )     (m)     return to custody each (week)day as of     o'clock after being released each (week)day as of  o'clock for employment, schooling, or the following limited purpose(s):

(X)     (n)     not obtain any passport during the pendency of this case.

(X)     (o)     NOT enter any business establishments where the primary item for sale is alcohol.

(X)     (p)     submit to drug and/or alcohol testing as directed by the PSO.

(X)     (q)     report any prescriptions to the PSO within 48 hours of receipt.

(X)     (r)     report telephonically to the Pretrial Services Agency on the first working day following your release from custody.

( )     (s)     participate in one of the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO.

    ( )     (i)     **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or
        ( ) as directed by the Pretrial Services office or supervising officer; or

    ( )     (ii)     **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or

    ( )     (iii)     **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(   )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____3/23/2011_____                _____
                                                 *Judicial Officer's Signature*

                                      Jennifer L. Thurston, U.S. Magistrate Judge
                                                     *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL