Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                **RE:**    **NANCY ANN STEELE**
                        Docket Number: 1:11CR00115-001 LJO
                        <u>ORDER FOR CONTINUANCE</u>
                        <u>OF JUDGMENT AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 2, 2011 to September 23, 2011 at 9am. (See the attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** During the interview with the probation officer the defendant explored significant history of traumatic life experiences, likely having an impact on her life choices, along with impacting recommendations for supervision post conviction. In order to thoroughly gain necessary collateral information and complete a follow-up interview with the defendant, further time is being requested to do so. The defendant is currently out of custody and resides in Bakersfield, California.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            /s/ Sarah L. Kirk

                            **Sarah L. Kirk**
                        **United States Probation Officer**

**REVIEWED BY:**     /s/ Robert A. Ramirez
                            **Robert A. Ramirez**
                            **Supervising United States Probation Officer**

Dated: July 25, 2011
       Sacramento, California
       SLK

Attachment

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk

 X   **Approved**
____ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 1:11CR00115-001 LJO |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **NANCY ANN STEELE** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/23/2011 |
| Counsel's formal objections to the Presentence Report shall be filed with the Court no later than: | 09/16/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/09/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/02/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/19/2011 |

IT IS SO ORDERED.

Dated: **July 22, 2011**         /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE