1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  NANCY ANN STEELE

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No.  1:11-cr-00115 LJO
                                    )
12            Plaintiff,            )   STIPULATION TO CONTINUE SENTENCING
                                    )   HEARING; ORDER
13      v.                          )
                                    )
14 NANCY ANN STEELE,                )   Date:  October 7, 2011
                                    )   Time:  10:30 A.M.
15            Defendant.            )   Honorable Lawrence J. O'Neill
   _____  )

16

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the sentencing hearing in the above captioned matter now set for

20 September 23, 2011, **may be continued to October 7, 2011 at 10:30 A.M.**

21      This continuance is requested by counsel for the defendant; due to counsel's schedule of trials and

22 motions, defense counsel has not had an opportunity to research issues in dispute and adequately prepare a

23 sentencing memorandum.  The requested continuance will conserve time and resources for both counsel

24 and the court.  AUSA Jehangiri has no objection to this request.

25 ///

26 ///

27 ///

28 ///

1  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2  Respectfully submitted,

3  BENJAMIN B. WAGNER
United States Attorney

4

5  DATED: September 20, 2011        /s/ Jeremy Jehangiri
JEREMY JEHANGIRI
6  Assistant United States Attorney
Attorney for Plaintiff

7

8  DANIEL J. BRODERICK
Federal Defender
9

10 DATED: September 20, 2011        /s/ Marc Days
MARC DAYS
11 Assistant Federal Defender
Attorney for Defendant
12 Nancy Ann Steele

13

14

15 **O R D E R**

16 **While the Court will grant this motion THIS TIME, a representation that counsel is too busy**

17 **to be ready generally does NOT constitute good cause.** Sentencing in the above-referenced matter is

18 hereby continued to October 7, 2011, at 10:30 A.M.

25 IT IS SO ORDERED.

26 **Dated:   September 20, 2011**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; (Proposed) Order                2