Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>v.  )<br>  )<br>Nancy Ann Steele  )<br>  )<br>  ) | **Docket No.: 1:11CR00115-001** |

On October 7, 2011, the above-named was sentenced to Probation for a period of 5 years for Theft of Social Security Benefits. Supervision commenced on October 7, 2011.

The probationer has complied with the rules and regulations of Probation. According to Social Security's records, Ms. Steel has paid back in full all restitution owed. She is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Laura Del Villar

**LAURA DEL VILLAR**
United States Probation Officer

Dated:   October 30, 2015
         Visalia, California

           /s/ Ben J. Blankenship
**REVIEWED BY:**   **BEN J. BLANKENSHIP**
           Sr. United States Probation Officer

1

**Re:    Nancy Ann Steele**
       **Docket No:   0972 1:11CR00115-001**
       **Report and Order Terminating Probation**
       **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Nancy Ann Steele be discharged from Probation, and that the proceedings in the case be terminated.

**IT IS SO ORDERED**
**Dated: November 3, 2015**

                                      **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**